UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY JAMES COHEA,<br><br>         Plaintiff,<br><br>         v.<br><br>DAVE DAVEY, et al.,<br><br>         Defendants. | Case No. 1:19-cv-01281-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DIRECTING PLAINTIFF TO PAY THE $400.00 FILING FEE WITHIN THIRTY DAYS OR THE ACTION WILL BE DISMISSED<br><br>[ECF No. 3] |

Plaintiff Danney James Cohea is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 17, 2019, the Magistrate Judge issued Findings and Recommendations recommending that Plaintiff's application to proceed in forma pauperis in this action be denied because he has suffered three or more strikes under 28 U.S.C. § 1915(g).  The Findings and Recommendations were served on Plaintiff and contained notice that objections were due within fourteen days.  No objections have been filed and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

1

Based on the foregoing, it is HEREBY ORDERED that:

1.   The Findings and Recommendations filed on September 17, 2019, are adopted in full;

2.   Plaintiff's application to proceed in forma pauperis is denied;

3.   Plaintiff shall pay the $400.00 filing fee in full within thirty days from the date of service of this order; and

4.   The failure to pay the filing fee in full will result in dismissal of the action.

IT IS SO ORDERED.

Dated:   **October 7, 2019**                          **/s/ Lawrence J. O'Neill**
                                                UNITED STATES CHIEF DISTRICT JUDGE