|   |   |
|---|---|
| DANNY JAMES COHEA, | ) Case No. 1:19-cv-01281-NONE-SAB (PC) |
| Plaintiff, | ) |
| v. | ) ORDER DISMISSING ACTION FOR FAILURE TO PAY THE REQUIRED FILING FEE AND FAILURE TO OBEY A COURT ORDER |
| DAVE DAVEY, et al., | ) |
| Defendants. | ) (Doc. No. 16) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff Danney James Cohea is appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 28, 2020, the undersigned directed plaintiff to pay $400.00 filing within twenty-one days or the action would be dismissed. (Doc. No. 16.) Plaintiff has not paid the filing fee required for this action and the time period to do has now passed.

Instead of paying the filing fee, plaintiff submitted an additional pleading "further attesting to under imminent danger exception at the time of complaint's e-filing." (Doc. No. 17). Plaintiff again contends that he qualifies for the "imminent danger" exception to the three-strikes bar given the "ongoing pattern," "ongoing practice," and "ongoing danger" he faces due to the false "R" and "IEX" suffixes. (*See id.* at 6, 8, 13.) However, plaintiff essentially raises the same allegations and arguments that the undersigned, the assigned magistrate judge, and the Ninth Circuit have rejected. (*See* Doc. Nos. 3, 4, 7, 15, 16.) As this court previously discussed, the incidents referenced by plaintiff occurred

1

over a period of years, none of which suggest that he was in imminent danger *when he initiated this action*. See *Andrews v. Cervantes*, 493 F.3d 1047, 1053 (9th Cir. 2007) (noting that "the availability of the [imminent-danger] exception turns on the conditions a prisoner faced at the time the complaint was filed, not at some earlier or later time").  Plaintiff has repeatedly expressed his disagreement with the court's decision in this regard, but the fact remains that he has failed to demonstrate he was in imminent danger when he initiated this action and thus, the "imminent danger" exception does not apply.

Accordingly,

1. The instant action is dismissed, without prejudice due to plaintiff's failure to comply with a court order and his failure to pay the required filing fee; and
2. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated:  **January 22, 2021**

                                          */s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE